DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BYRON DWIGHT WRIGHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2654

[January 22, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca I. White, Judge; L.T. Case No. 31-2010-CF-000634A.

Byron Dwight Wright, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***